692 F.2d 641
 111 L.R.R.M. (BNA) 3041, 95 Lab.Cas. P 13,870,
3 Employee Benefits Ca 2504
 CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA; Cement Masons Pension Trust Fund for Northern
California; Cement Masons Vacation Trust Fund for Northern
California; and Cement Masons Apprenticeship and Training
Trust Fund for Northern California, Plaintiffs-Appellants,
v.
KIRKWOOD-BLY, INC., Does 1 Through 10, Inclusive,
Defendants-Appellees.
 No. 81-4472.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted July 12, 1982.
Decided Nov. 18, 1982.
 
 Robert M. Hirsch, Van Bourg, Allen, Weinberg & Roger, San Francisco, Cal., for plaintiffs-appellants.
 Paul V. Simpson, Thierman & Simpson, San Francisco, Cal., for defendants-appellees.
 Appeal from the United States District Court for the Northern District of California; Robert F. Peckham, Chief Judge.
 Before SNEED, FARRIS and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 The judgment is affirmed for the reasons stated in the district court's opinion. 520 F.Supp. 942 (N.D.Cal.1981).